FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ SEP 2 8 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
SAMSUN CRAWFORD,

                                  Plaintiff,

-against-

THE CITY OF NEW YORK et al.,
                                Defendants.

-------------------------------------------------------------- x

**MEMORANDUM & ORDER**

09-CV-5318 (ENV)

**VITALIANO, D.J.**

      Counsel for plaintiff, Scott Cerbin filed a letter motion dated December 20, 2011 in which he requests permission to "endorse the settlement documents in this case" on behalf of his client, deduct one-third of the $3500 settlement as attorney's fees for himself, and deposit the rest of plaintiff's recovery with the Clerk of Court. The Court referred this matter to Magistrate Judge Roanne L. Mann and Judge Mann issued a Report and Recommendation ("R&R") denying the motion on August 7, 2012, with objections due by August 24, 2012.

      In reviewing a report and recommendation of a magistrate judge, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Further, a district judge is required to "determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); see also Arista Records, LLC v. Doe 3, 604 F.3d 110, 116 (2d Cir. 2010). But, where no timely objection has been made, the "district court need only satisfy itself that there is no clear error on the face of the record" to accept a magistrate judge's Report and Recommendation. Urena v. New York, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001) (quoting Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)).

      No objections have been filed. After careful review of the record, the Court finds the R&R

1

to be correct, well-reasoned, and free of any clear error. The Court, therefore, adopts the R&R in its entirety as the opinion of the Court. Plaintiff counsel's letter motion is denied.

The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated: Brooklyn, New York
       September 19, 2012

                                        s/Eric N. Vitaliano
                                      ERIC N. VITALIANO
                                      United States District Judge